# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE
INTEREST OF D.O. AND D.O.

NO.  2019 CW 1535

NOV 21 2019

---

In Re:    T.H., applying for supervisory writs, 21st Judicial
          District Court, Parish of Livingston, No. 03-JUV-
          09885.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

　　　　**WRIT GRANTED AND REMANDED WITH ORDER.** Although the decision to allow an interested party to intervene in the case and become involved in proceedings to facilitate the permanent placement of a child is discretionary with the court, the best interest of the child must be paramount in the court's decision for purposes of both adoption and custody. **State in Interest of B. L.,** 18-389, 2018 WL 3581517 (La. App. 5th Cir. 7/25/18). We find the juvenile court erred in denying relator's motions without a hearing or any consideration of what is in the best interest of the minor children. The matter is remanded to the juvenile court for a hearing on, and full consideration of, relator's Motion to Enroll as Counsel, for Custody and/or for Permanent Placement and, to Intervene and relator's Urgent Motion for Continuing Contact, to Continue Visitation While Other Decisions Pending.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT